317 F.2d 363
 Harry G. SEABOLDT
v.
PENNSYLVANIA RAILROAD COMPANY v. THOMPSON MAHOGANY COMPANY,
Third-Party Defendant, Appellant.
 No. 14269.
 United States Court of Appeals Third Circuit.
 Argued May 23, 1963.
Decided May 31, 1963.
 
 Lynn L. Detweiler, Philadelphia, Pa. (Swartz, Campbell & Henry, Philadelphia, Pa., on the brief), for appellant.
 F. Hastings Griffin, Jr., Phildelphia, Pa. (William J. Sharkey, Dechert, Price & Rhoads, Philadelphia, Pa., on the brief), for appellee.
 Before KALODNER, STALEY and SMITH, Circuit Judges.
 PER CURIAM.
 
 
 1
 On review of the record we find no error. The District Court's Order and Judgment dated October 26, 1962 will be affirmed.